UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-22911-CIV-GOLD/MCALILEY

JOAKINN SOLA, et al.,

    Plaintiffs,

v.

CONSTRUCT CORPS, LLC.,
SCOTT TASHKIN and BILL
CLARK,

    Defendants.
_____/

## ORDER TRANSFERRING CASE TO MIDDLE DISTRICT OF FLORIDA; CLOSING CASE

This CAUSE comes before this Court on Defendants' Motion to Transfer Case to a More Convenient Forum in the Middle District of Florida [DE 12]. Oral argument on this Motion was held on December 12, 2008. The parties' pleadings and arguments presented at oral argument indicate that four of the six individual Plaintiffs in this case reside outside of this District, that the predominant aspects of Plaintiffs' claims arose from Defendants' offices located in the Middle District, and that the Middle District will prove more convenient to key witnesses anticipated at trial. Further, time, energy, and resources will be conserved by a transfer of this case to the Middle District due to ongoing litigation between the parties raising questions related to the issues in this case. Therefore, pursuant to 28 U.S.C. § 1404(a) and for the reasons stated as of record, I conclude that a transfer of this case to the Middle District of Florida will promote the convenience of the majority of the parties and witnesses and be in the interests of justice. According, it is hereby

    ORDERED and ADJUDGED that

    1.    The Motion to Transfer Case [DE 12] is GRANTED.

2. All pending motions shall be placed on the docket of the transferee Court.

3. This case is CLOSED.

DONE and ORDERED in Chambers in Miami, Florida this __ day of December, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc.
All counsel of record
U.S. Magistrate Judge Chris M. McAliley